# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ABRAHAM SANABRIA | CASE NO. 04cv2334 JM(WMc) |
|---|---|
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| DERRALL G. ADAMS, Warden, | |
| Respondent. | |

Having carefully considered Magistrate Judge McCurine's thorough and thoughtful Report and Recommendation ("R & R") regarding the denial of the petition for writ of habeas as time barred, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the petition for writ of habeas corpus is dismissed as time barred. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: September 7, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

04cv2334